Form 2400B (12/15)

# UNITED STATES BANKRUPTCY COURT
Middle Distric of Pennsylvania

In re  Heather M. Kesecker          ,          Case No. 1:20-bk-02344-HWV
*Debtor*

Chapter 7

**MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT**

I (we), the debtor(s), affirm the following to be true and correct:

I am  represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*: My Mother has agreed to help with groceries (approximately $400.00 ) until the loan is satisfied. Also, my Christmas club will be distributed on October 2, 2020, in the amount of $1,750.00.

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☑ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form 2400A, Reaffirmation Documents)

Signed: *[signature]* Heather M. Kesecker
   *(Debtor)*

   _____
   *(Joint Debtor, if any)*

Date: 9/9/2020

B2400C (Form B2400C) (12/15)

# United States Bankruptcy Court
_____MIDDLE_____ District of __PENNSYLVANIA__

In re __Heather M. Kesecker__,   Case No. 1:20-bk-02344-HWV
             Debtor   Chapter __7__

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) __Heather M. Kesecker__ has (have) filed a motion for approval of the reaffirmation agreement dated __09/10/2020__ made between the debtor(s) and creditor __Members First FCU__. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____ (date).

COURT ORDER:     ☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

                         ☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

                         ☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

                         ☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

                         ☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: _____   _____
                                                                *United States Bankruptcy Judge*