```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 20-02344-HWV
Heather M Kesecker                                                        Chapter 7
        Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AutoDocke           Page 1 of 1            Date Rcvd: Sep 16, 2020
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5349336        +E-mail/Text: unger@members1st.org Sep 16 2020 19:23:28     Members 1st Fcu,    Attn: Bankruptcy,
                 Po Box 40,    Mechanicsburg, PA 17055-0040
                                                                                                    TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net,    pa31@ecfcbis.com;debclick@comcast.net
              Taylor K Thomas    on behalf of Debtor 1 Heather M Kesecker tthomas@beckerlawgrouppc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                    TOTAL: 4

B2400C (Form B2400C) (12/15)

# United States Bankruptcy Court
__MIDDLE__ District of __PENNSYLVANIA__

In re __Heather M. Kesecker__,     Case No. __1:20-bk-02344-HWV__
            Debtor                                     Chapter __7__

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) __Heather M. Kesecker__ has (have) filed a motion for approval of the reaffirmation agreement dated __09/10/2020__ made between the debtor(s) and creditor __Members First FCU__.

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

☑ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court does not approve the reaffirmation agreement.

Dated: September 14, 2020        By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MK)